UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JOHN W. SNIPES                                                                                    PLAINTIFF

v.                                                                        CIVIL ACTION NO. 4:11-CV-155-M

MARION VA MEDICAL CENTER                                                                   DEFENDANT

### MEMORANDUM OPINION

By Order entered January 6, 2012, this Court ordered Plaintiff to pay the filing fee or to complete an application to proceed without prepayment of the filing fee and to submit a completed summons form within 30 days.  Plaintiff did not comply.  The Court then ordered Plaintiff within 14 days to show cause for failing to respond to the prior Order or to comply with the Court's Order.  Plaintiff was warned that failure to comply would result in dismissal of his case.

More than 14 days have passed, and Plaintiff has failed to comply with the Court's Order.  Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Therefore, by separate Order, the Court will dismiss the instant action.  See FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:       Plaintiff, *pro se*
4414.009